disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.

August Belmont Hotel Company, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Scott, J., dissented.

Haverty's Taxicabs, Incorporated, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.

The People of the State of New York v. Frank Hoffman.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Edward Silverstein.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. William H. McLaughlin v. The Board of Education of the City of New York.— Motion to dismiss writ granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Michael McGuigan v. George Cromwell, as President, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Patrick J. White v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward J. Burrell, an Infant, v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward Burrell v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Orshansky v. Safferson & Weisberg Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Northern Bank of New York v. William G. Mulligan and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Estella East v. Lemuel C. East.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J. McLaughlin, Laughlin, Clarke and Scott, JJ.

Metropolitan Trust Company v. James A. Moore.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Isaac Lefkowitz.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.